## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Jackson Mahaffy; Flora Mahaffy; Daniel
Nelson; and Paul Von Arx,

        Plaintiffs,               Case File No.: 08-4992 (JMR/SRN)

v.

Robert J. Kroll, Wallace M. Krueger,
Christopher J. Bennett, Aaron C. Hanson all
acting in their individual capacities as Minneapolis
Police Officers John Does Nos. 1-8, acting in their
individual capacities as Minneapolis Police Officers,
and the City of Minneapolis,

        Defendants.

**AFFIDAVIT OF C. LYNNE FUNDINGSLAND IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT**

_____

COUNTY OF HENNEPIN)
                              )SS
STATE OF MINNESOTA )

    Your Affiant, being duly sworn under oath, deposes and states as follows:

    1.    Affiant is an Assistant City Attorney for the City of Minneapolis.

    2.    In that capacity, she is assigned to represent the City of Minneapolis and Defendants Hanson and Bennett in the above-entitled matter.

    3.    Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of Jackson Mahaffy given in the above-entitled matter.

    4.    Attached hereto as Exhibit B are true and correct copies of excerpts of the deposition of Flora Mahaffy given in the above-entitled matter.

2

5.      Attached hereto as Exhibit C is a true and correct copy of the Minneapolis Police CAPRS report and statements, CCN-04-115690, supplied to Defendants by Plaintiffs' in their Rule 26(a) Disclosures.

6.      Attached hereto as Exhibit D is a true and correct copy of Defendants City of Minneapolis, Hanson and Bennett's Rule 26(a) Disclosures dated December 15, 2008.

7.      Attached hereto as Exhibit E is a true and correct copy of Defendants City of Minneapolis, Hanson and Bennett's Rule 26(a) Disclosures (First Amended) dated January 29, 2009.

8.      Attached hereto as Exhibit F is a true and correct copy of Defendants City of Minneapolis, Hanson and Bennett's Rule 26(a) Disclosures (First Amended, Corrected) dated February 9, 2009.

Subscribed and sworn to                    s/ C. Lynne Fundingsland
before me this 2nd day
of April, 2009


s/ Darla J. Boggs
Notary Public
My Commission expires: