EXHIBIT CC

# Hennepin County Adult Tracking System
## Events By Booking Number
### Booking   2004014397

| Event Date | Event Type | Destin | | Entry Date | Entered By |
|---|---|---|---|---|---|
| 5/15/2004 00:05:00 | BEHA | BEHAVIOR NOTES | MAHAFFY, JACKSON | 5/15/2004 00:05:25 | ANDREW CARLSON |
| inmate too intox to continue will inform staff when ready to proceed. | | | | | |
| 5/15/2004 01:00:00 | BEHA | BEHAVIOR NOTES | MAHAFFY, JACKSON | 5/15/2004 01:05:10 | ANDREW CARLSON |
| appears ok. | | | | | |
| 5/15/2004 01:04:52 | BEHA | BEHAVIOR NOTES | MAHAFFY, JACKSON | 5/15/2004 01:04:58 | ANDREW CARLSON |
| appears ok. | | | | | |
| 5/15/2004 01:40:55 | BEHA | BEHAVIOR NOTES | MAHAFFY, JACKSON | 5/15/2004 01:40:58 | ANDREW CARLSON |
| appears ok. | | | | | |
| 5/15/2004 02:05:00 | BEHA | BEHAVIOR NOTES | MAHAFFY, JACKSON | 5/15/2004 02:52:35 | ANDREW CARLSON |
| appears ok. | | | | | |
| 5/15/2004 02:31:00 | BEHA | BEHAVIOR NOTES | MAHAFFY, JACKSON | 5/15/2004 02:52:48 | ANDREW CARLSON |
| appears ok. | | | | | |
| 5/15/2004 02:52:49 | BEHA | BEHAVIOR NOTES | MAHAFFY, JACKSON | 5/15/2004 02:52:52 | ANDREW CARLSON |
| appears ok. | | | | | |
| 5/15/2004 04:06:17 | PHON | PHONE CALL | MAHAFFY, JACKSON | 5/15/2004 04:06:20 | KYLE BURTON |
| inmate given free phone access. | | | | | |
| /2004 04:23:15 | PHON | PHONE CALL | MAHAFFY, JACKSON | 5/15/2004 04:23:19 | KYLE BURTON |
| ate given free phone access. | | | | | |
| 5/15/2004 04:47:37 | INIT | INITIAL HOUSING ASSIGNM | MAHAFFY, JACKSON | 5/15/2004 04:48:58 | PATRICK CHELMO |
| ST I/C Gen Pop, Housed 4-1E-9L. Inmate was uncoop and very DK upon entry. Was involved in fight with arresting officer and has been nauseous since arriving. monitor for changes. | | | | | |
| 5/15/2004 04:49:08 | STRP | STRIP SEARCH | MAHAFFY, JACKSON | 5/15/2004 04:49:08 | PATRICK CHELMO |
| Srch cd: CLOTHING SEARCH ONLY | | | | | |
| Srch dt: 05-15-2004 | | | | | |
| Obsrvd: JSM314 | | | | | |
| Reason: | | | | | |

## Hennepin County Adult Tracking System
### Events By Booking Number
### Booking  2004014397

| Event Date | Event Type | Destin | | Entry Date | Entered By |
|---|---|---|---|---|---|
| 5/15/2004 04:49:18 | MOVE | NEW HOUSING | MAHAFFY, JACKSON | 5/15/2004 04:49:18 | PATRICK CHELMO |
| Moved Book # 2004014397 TO fac 1 qd P00 mod BPB cell 01 bed 01. | | | | | |
| 5/15/2004 04:49:29 | MOVE | NEW HOUSING | MAHAFFY, JACKSON | 5/15/2004 04:49:29 | PATRICK CHELMO |
| Moved Book #2004014397 FROM fac 1 qd P00 mod BPB cell 01 bed 01 TO fac 1 qd X . | | | | | |
| 5/15/2004 05:16:23 | WW | WANTS/WARRANTS CHEC | MAHAFFY, JACKSON | 5/15/2004 05:16:23 | DEBRA MANN |
| Initial Clearance set to C | | | | | |
| 5/2004 05:31:59 | MOVE | NEW HOUSING | MAHAFFY, JACKSON | 5/15/2004 05:31:59 | STEVEN PONDELIS |
| Moved Book # 2004014397 TO fac 1 qd A01 mod E cell 009 bed L. | | | | | |
| 5/15/2004 19:04:05 | VISA | A4M2 | MAHAFFY, JACKSON | 5/15/2004 19:04:05 | KEITH DAVIDSON |
| BRIAN MAHAFFY, CHRISSIE MAHAFFY, FLORA MAHAFFY | | | | | |
| 5/16/2004 19:41:39 | VISA | A4M3 | MAHAFFY, JACKSON | 5/16/2004 19:41:39 | GREGORY SORENSON |
| BRIAN MAHAFFY, CHRISSIE MAHAFFY, FLORA MAHAFFY | | | | | |
| 5/16/2004 19:46:35 | SLVT | SOCIAL VISIT | MAHAFFY, JACKSON | 5/16/2004 19:46:35 | MICHAEL HARKEN |
| Changed STATUS from IN to SLVT. | | | | | |
| 5/16/2004 21:01:22 | IN | IN | MAHAFFY, JACKSON | 5/16/2004 21:01:22 | MICHAEL HARKEN |
| Changed STATUS from SLVT to IN. | | | | | |
| 7/2004 08:17:04 | ViSP | PROF VISIT | MAHAFFY, JACKSON | 5/17/2004 08:17:04 | PATRICIA JOHNSON |
| IKA CHRISTENSEN 99120416 | | | | | |
| 5/17/2004 12:50:53 | WW | WANTS/WARRANTS CHEC | MAHAFFY, JACKSON | 5/17/2004 12:50:53 | KAREN DiCOSIMO |
| Release Clearance set to R | | | | | |
| 5/17/2004 13:55:38 | MOVE | NEW HOUSING | MAHAFFY, JACKSON | 5/17/2004 13:55:38 | RYAN WESTBY |
| Moved Book #2004014397 FROM fac 1 qd A01 mod E cell 009 bed L TO fac 1 qd X . | | | | | |
| 5/17/2004 14:41:08 | RELSTO | RELEASE STORAGE | MAHAFFY, JACKSON | 5/17/2004 14:41:08 | TODD HEINTZ |
| BAG: 0580 | | | | | |

2/22/2005

# Hennepin County Adult Tracking System
## Events By Booking Number
### Booking 2004014397

| Event Date | Event Type | Destin | | Entry Date | Entered By |
|---|---|---|---|---|---|
| 5/17/2004 14:52:47 | REL | FINAL RELEASE | MAHAFFY, JACKSON | 5/17/2004 14:52:47 | MICHAEL NIELSEN |

**Total Events** 24