# COMPLAINT

**REC'D JUN 11 2004**

CITY OF MINNEAPOLIS
CIVILIAN POLICE REVIEW AUTHORITY
400 SOUTH FOURTH STREET, SUITE 1004
MINNEAPOLIS, MN 55415-1424
(612)673-5500

CASE NUMBER: 04-2153

DATE REPORTED: 5/26/04

TIME REPORTED: 1430

| Type of Incident | Code |
|---|---|
| Excessive Force; Inappropriate Conduct; Failure to Provide Adequate or Timely Police Protection | 1; 7; 6  Primary: 1 |

| Location Where Occurred | Pct. | Ward | Date Occurred | Day of Week | Time Occurred |
|---|---|---|---|---|---|
| Marshall and 13th St NE Minneapolis | 2 | | 5/14/04 | F | 2200 |

| Code | Name | Age | DOB | Gender | Race |
|---|---|---|---|---|---|
| CV | **Daniel Nelson** | 28 | 8/7/75 | M | W |
| | Address: 3125 Columbus Ave S. | City/State/Zip: Minneapolis, MN 55407 | | Home Phone: 612/824-6530 | Business Phone: |
| V1 | **Jackson Mahaffy** | 25 | 4/5/79 | M | W |
| | Address: 2629 Fremont Ave S | City/State/Zip: Minneapolis, MN 55407 | | Home Phone: 612/374-4368 | Business Phone: |
| V2 | **Flora Mahaffy** | 21 | 6/25/82 | F | W |
| | Address: 2221 Bloomington Ave S | City/State/Zip: Minneapolis, MN 55404 | | Home Phone: 612/724-8845 | Business Phone: |
| V3 | **Paul Von Arx** | 24 | 12/17/73 | M | W |
| | Address: 3125 Columbus Ave S. | City/State/Zip: Minneapolis, MN 55407 | | Home Phone: 612/824-6530 | Business Phone: |

| Charged Officer– Name and Badge No. | Race | Gender | Rank/Assignment | Off-Duty |
|---|---|---|---|---|
| **Robert Kroll** 03874 | W | M | Sgt/Forgery/Fraud | ☒ |
| **Wallace Krueger** 03883 | W | M | Sgt/Federation/PFOM | ☒ |
| **Unknown Officers** | | | | ☐ |

## Allegations

### A. Excessive Force

This complaint alleges that Sergeant Kroll and Sergeant Krueger used excessive force in the following ways:

1. Sergeant Kroll and Sergeant Krueger punched Victim #1 multiple times;

2. Sergeant Kroll kicked Complainant in the face and head multiple times;

3. Sergeant Krueger punched Victim #2 in the head twice;

4. Sergeant Krueger punched Victim #3 in the jaw.

**EXHIBIT EE**

1

**B. Inappropriate Conduct**
This complaint alleges that Sergeant Kroll and Sergeant Krueger conducted themselves inappropriately when they failed to identify themselves as police officers and failed to inform Victim #1 that he was under arrest.

**C. Failure to Provide Adequate or Timely Police Protection**
This complaint alleges that certain Unknown Officers failed to provide Complainant with adequate or timely police protection when, although standing in close proximity to Complainant, they failed to intervene and stop Sergeant Kroll from continuing to kick Complainant.

I hereby certify that to the best of my knowledge, and under penalty of perjury, that the statements made herein are true.

_[signature]_      6-11-04
Complainant's Signature      Date

_[signature]_      6-11-04
Investigator's Signature      Date