UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Jackson Mahaffy; Flora Mahaffy; Daniel Nelson; And Paul Von Arx,**

      **Plaintiffs,**

vs.

**Robert Kroll; Wallace Krueger; Christopher Bennett; Aaron Hanson; Christopher Bishop; David Campbell; Toddrick Kurth; Brandon Kitzerow and City of Minneapolis,**

      **Defendants.**

Case File No. 08-CV-4992 JMR/SRN

**EXHIBIT LIST IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS BENNETT, HANSON, BISHOP, CAMPBELL, KURTH, KITZEROW AND THE CITY OF MINNEAPOLIS ("CITY DEFENDANTS")**

| CITY DEFENDANTS' EXHIBIT | DESCRIPTION OF EXHIBITS |
|---|---|
| A | Office of Administrative Hearings Order and Memorandum Granting Summary Disposition in Docket No. 16-6010-20126-3. |
| B | Amended Complaint |
| C | Transcript of the deposition of Plaintiff Flora Mahaffy |
| D | Transcript of the deposition of Plaintiff Paul Von Arx |
| E | Transcript of the deposition of Plaintiff Jackson Mahaffy |
| F | Transcript of the deposition of Plaintiff Daniel Nelson |
| G | Transcript of the deposition of Eeris Fritz |
| H | Transcript of the first deposition of Matthew Rolfe dated September 15, 2009 |
| I | Transcript of the deposition of Matthew Lennon |

| CITY DEFENDANTS' EXHIBIT | DESCRIPTION OF EXHIBITS |
| --- | --- |
| J | Transcript of the deposition of Doreen Johnson |
| K | Transcript of the deposition of Luke Holden |
| L | Transcript of the Civilian Police Review Authority statement of Defendant Robert Kroll |
| M | Transcript of the deposition of Defendant Officer Aaron Hanson |
| N | Transcript of the Civilian Police Review Authority statement of Defendant Officer Christopher Bennett |
| O | Transcript of 911 Calls on May 14, 2004, Regarding Fight at 1319 Marshall St. Northeast |
| P | Transcript of the Internal Affairs statement of Dylan Ryan |
| Q | Transcript of the Internal Affairs statement of Peter Thomas. |
| R | Transcript of the Civilian Police Review Authority statement of Plaintiff Jackson Mahaffy |
| S | Affidavit of Zoe LeStout |
| T | Ambulance Record of Wallace Krueger from May 14, 2004. |
| U | Transcript of the Civilian Police Review Authority statement of Plaintiff Flora Mahaffy. |
| V | Transcript of second deposition of Matthew Rolfe, dated September 17, 2009 |
| W | Transcript of the deposition of Defendant Officer Christopher Bishop |
| X | Transcript of the Civilian Police Review Authority statement of Defendant Officer David Campbell |
| Y | Transcript of the Civilian Police Review Authority statement of Defendant Wallace Krueger |
| Z | Transcript of the Civilian Police Review Authority statement of Lieutenant James Rugel |
| AA | Transcript of the deposition of Defendant Officer Brandon Kitzerow |

| CITY DEFENDANTS' EXHIBIT | DESCRIPTION OF EXHIBITS |
|---|---|
| BB | Booking Photographs of Jackson Mahaffy taken at the Hennepin County Adult Detention Center on May 14, 2004 |
| CC | Hennepin County Adult Detention Center Tracking System Record for Jackson Mahaffy created on May 15, 2004 |
| DD | Hennepin County Adult Detention Center Medical Screening Form for Jackson Mahaffy created on May 15, 2004. |
| EE | Civilian Police Review Authority Complaint filed by Plaintiff Daniel Nelson |
| FF | Plaintiffs' Answers to Defendant City of Minneapolis, Bennett, Hanson, Bishop, Campbell, Kurth and Kitzerow's Interrogatories to Plaintiffs. |
| GG | Plaintiffs' Expert's Report |