MPD CAPRS Case Report With Supplements - MP-04-115690   CASE 0:08-cv-04992-JNE-SRN   Document 64-35   Filed 02/27/10   Page 1 of 1   Page 15 of 17

| Supplement number: | 7 | CCN: MP-04-115690 | Author: | 003874 - Robert Kroll |

STATEMENT OF SGT. KROLL, #3874, ON 05/17/04 AT 1000 HRS., TYPED BY KLB, CCN: 04-115690

On 05/14/04 at approximately 2200 hrs., I was off-duty with Sgt. KRUEGER and his wife, CHERYL. Sgt. KRUEGER was driving his 2004 Envoy southbound on Marshall St. NE. His wife was in the front seat and I was seated in the back passenger seat. In the area of 1319 Marshall, there was a white male in the middle of the street dancing around and putting his hand up indicating that he wanted us to stop. Sgt. KRUEGER slowed and drove around and passed this person (later ID'd as AP1/MAHAFFY). As we passed AP1/MAHAFFY, he swung a bag that he was swinging and struck Sgt. KRUEGER'S truck. AP1/MAHAFFY appeared to be under the influence of alcohol or drugs by his behavior and he was also dressed in very unusual clothes. Sgt. KRUEGER stopped his truck and we got out to detain AP1/MAHAFFY and check for damage to his truck.

As we approached AP1/MAHAFFY, he was screaming very bizarre obscenities and took up a fighting stance with the bag he was carrying which appeared to have a heavy object inside. He approached us punching and swinging this bag at us and at one point, struck Sgt. KRUEGER in his eye causing severe swelling. There was a large group of people which I initially thought were from an outdoor seating area at DUSTY'S BAR, located at 1319 Marshall. I later learned that these individuals were not a part of DUSTY'S BAR and instead were gathered at some type of art event located one building south of DUSTY'S. These people were all wearing the same attire and appeared to be gothic or anarchist-types of individuals. When we got out of our vehicle, several approached from the sidewalk yelling to us to just leave AP1/MAHAFFY alone because he was drunk, saying that they would take care of him. When AP1/MAHAFFY began assaulting us, others ran at us and tackled us to the ground joining him. There was a mob of approximately 20 men and women that were punching, kicking and scratching us. I was able to get to my feet and break free of the crowd by punching several individuals and throwing them off of me. Sgt. KRUEGER also made it to his feet, and I phoned 911 and informed them we were attempting to hold one for damage to property and had a crowd that was trying to get AP1/MAHAFFY out of the area.

As we waited for the arrival of squads, they were attempting to get AP1/MAHAFFY to his feet and back to a vehicle. He appeared very intoxicated and unable to flee. As we tried to make sure that AP1/MAHAFFY did not leave the area and approached him, we were again assaulted by the angry crowd. I made a second 911 call and asked Dispatch to speed the squad because the crowd was attempting to get AP1/MAHAFFY out of the area. They all appeared to be together at this event and appeared to be friends. They were wearing unusual similar-type clothing and unusual hairstyles. They also had numerous facial piercings, neck and facial tattoos. Throughout our wait for the squad, the mob yelled obscenities to us to leave AP1/MAHAFFY alone stating that he was just drunk. Throughout the incident, SGT. KRUEGER and myself were struck several times, and we struck several parties back to defend ourselves. Many of these fled by the time squads arrived. When uniformed officers arrived, I identified AP1/MAHAFFY as the person who did damage to Sgt. KRUEGER's vehicle and initiated assaults on us. Due to the number of individuals involved in the further attack, I was not able to specifically identify any one person.

Officers booked AP1/MAHAFFY for Assault, Riot and Damage to Vehicle. On 05/17/04, I was requested by the Investigating Sgt. ERIKA CHRISTIANSEN to complete a supplement regarding the incident.

**END of Supplement 7**

**B34**