



**B57**