```
USER: 66455 11/04/04 12:37                                                    PAGE

ECN:40522367 ON 05/14/04 22:24 BY:98500/T03    VER 3,    :   BY         CN:115690
AD:1319 MARSHALL ST NE MPS                                              MAP:000
INT:13 AV NE              DST:P2   P:P2014 F:F4825 E:E1026 O:0240F B:    JUR:
NTR:HELP    PRI:1 AG:PE   RPT:     DISP:BKG     BY:241  AT 00:50 CE:22374 CE:22373
SRC:    CLR:              AD:                           PH:612-327-0085
```

REMARKS:

| | |
|---|---|
| OTS FRT DUSTYS BAR..6   INV | 22367/EE/22:24/ /98500/T03 |
| ONE DOWN BLEEDING FROM THE FACE | 22367/AR/22:24/ /98500/T03 |
| OFF DUTY HAS ONE ON THE GROUND FOR ASLT00SAID NOT A HELP CALL  BUT SOUNDED OUT OF BREATH | 22367/EE/22:25/ /67747/I01 |
| THIS IS AT DUSTYS | 22367/AR/22:25/ /67747/I01 |
| F CLR ON CELL..RPTS SAW 9 IN PHYS..NO WEA SEEN AT 1319 MARSHALL NE..CK FOR AMB/FEM ON GRND DORANE JOHNSON..CELL/612-695-5146 | 22367/AR/22:25/ /80850/P04 |
| EVENT 40522373 COMBINED WITH EVENT 40522367 | 22367/CE/22:25/ /98852/P02 |
| DUSTY'S | 22367/EE/22:25/ /80849/T04 |
| CLR/BONNIE BRAXTON/CELL PH-408-4234   SAYS 1 DK WM 45YO 602/180  BLK SHIRT | 22367/AR/22:26/ /66503/T05 |
| CLR DOSENT SEE ANYONE HOLDING ANYONE ON GROUND CLR DOSENT SEE OFCR | 22367/AR/22:26/ /98500/T03 |
| CLR IS ANGIE LUND | 22367/AR/22:26/ /98500/T03 |
| HELP CALLED AT AT 2225 | 22367/AR/22:27/ /98852/P02 |
| EVENT 40522374 COMBINED WITH EVENT 40522367 | 22367/CE/22:27/ /98852/P02 |
| AMB CODE 2 MINOR CUT TO FACE--C4 | 22367/UB/22:31/ /98852/P02 |
| C4 AT 2227 | 22367/AR/22:32/ /98852/P02 |

*[handwritten notations:]*
CAMPBELL
BENNETT
2752 [illegible]
[illegible] BENNETT
3906 KURTH  TODD[?]
37[?] KITZEROW[?] [illegible]
[illegible] RUSSEL JAMES
[illegible] GOERT[?] [illegible]

B58

```
 TC ON 13 WEST OF MARSHALL                                      22367/AR/22:33/
                                                                      /98852/P02

WILL DO A REPORT LATER AFTER THE OFF DUTY OFFICERS ENTER THE   22367/AR/22:57/
IR REPORT...                                                     /211    /211

241 BOOKING. 213 TO TRANSSCRIPTION FOR REPORT                  22367/AR/23:11/
                                                                 /213    /213

ALERTS:

ALERT#:30265755 ENTERED ON:  /  / AT:  :   BY:68028            22367/AF/22:24/98500
ST NO:1319   ST NAME:MARSHALL ST NE           CITY:MPS
AGENCY:PFE   PRIORITY:1 EXPIRATION DATE:07/27/04 SRC:ECC
MAP CODE:0000
DUSTY'S BAR   BIZ PHONE 378-2118/378-9831

ALERT#:50605133 ENTERED ON:  /  / AT:  :   BY:67928            22367/AF/22:24/98500
ST NO:1319   ST NAME:MARSHALL ST NE           CITY:MPS
AGENCY:PFE   PRIORITY:1 EXPIRATION DATE:11/30/04 SRC:STA2
MAP CODE:0000
DUSTYS BAR. HAS TERRAZZO FLOORS. PER CAPT OTIS

UNIT HISTORY:

 11    ID: 0956           D:22:24:98852 A:22:30:98852 T:22:35:98852
                          C:22:57:211                        D:AST:S
213    ID: 0563           D:22:24:98852 A:22:30:98852 T:22:35:98852
                          G:23:11:81312/HCHQT C:00:24:213    D:RPT:S
241    ID: 2702  /0413    D:22:25:98852 A:22:26:98852 G:22:31:98852/HCC4
                          T:22:35:98852 B:23:11:81312
                          C:00:50:241                        D:BKG:S
227    ID: 3906  /3712    D:22:26:98852 A:22:28:227  T:22:34:98852
                          T:22:35:98852 C:22:44:81312        D:AST:S
9      ID: 6205           D:22:27:98852 T:22:35:98852
                          C:22:52:9                          D:INF:S
150    ID: 2354           D:22:31:98852 A:22:32:98852 T:22:35:98852
                          C:22:39:150                        D:AST:S

END OF EVENT
```