# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **Jackson Mahaffy; Flora Mahaffy; Daniel Nelson; And Paul Von Arx,** | **COURT FILE NO. 08-CV-04992 (JMR/SRN)** |
| **Plaintiff,** | |
| vs. | **SUPPLEMENTAL AFFIDAVIT OF C. LYNNE FUNDINGSLAND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS BENNETT, HANSON, BISHOP, CAMPBELL, KURTH, KITZEROW AND THE CITY OF MINNEAPOLIS** |
| **Robert J. Kroll; Wallace M. Krueger; Christopher J. Bennett; Aaron C. Hanson; Christopher Bishop; David Campbell; Toddrick Kurth; Brandon Kitzerow; James Rugel; Clark Goset; and Mark Durand, all acting in their individual capacity as Minneapolis Police Officers; and the City of Minneapolis,** | |
| **Defendants.** | |

STATE OF MINNESOTA )
                           )SS
COUNTY OF HENNEPIN )

    Your Affiant, being sworn under oath, deposes and states as follows:

    1.    She is an Assistant City Attorney for the City of Minneapolis.

    2.    In that capacity, she represents Defendants City of Minneapolis and Officers Hanson, Bennett, Bishop, Campbell, Kurth and Kitzerow in the above-entitled action.

    3.    Filed herewith as Exhibit HH is a true and correct copy of page 9 of the Civilian Review Authority's ("CRA") Investigative Findings of Fact and Determination in Case Number 04-2153 regarding Defendants Kroll and Krueger (identified therein as

Officer 1 and Officer 2, respectively).  Exhibit HH shows the determination of the CRA panel which was forwarded to Minneapolis Police Chief Tim Dolan.

4.  Filed herewith as Exhibit II is a true and correct copy of the letter dated December 27, 2006, from Chief Dolan, by and through Assistant Chief Lubinski, to the manager of the Civilian Review Authority advising him of the discipline imposed upon Defendants Kroll and Krueger for a Code of Ethics violation arising out of this incident: CRA Case Number 04-2153.

Further Affiant sayeth naught.

| | |
|---|---|
| Subscribed and sworn to<br>before me this  5th  day<br>of    March   , 2010 | s/C. Lynne Fundingsland |

s/Helen H. Peters
Notary Public
My Commission expires: