

**Minneapolis**
*City of Lakes*

**Police Department**

Tim Dolan
Chief of Police

350 South 5th Street – Room 130
Minneapolis MN 55415-1389

Office  612 673-2853
TTY     612 673-2157

December 27, 2006

Civilian Review Authority
Samuel Reid
400 South Fourth Street – Suite 1004
Minneapolis, MN 55404

RE: CRA Case Number 04-2153

Dear Mr. Reid:

Assistant Chief Lubinski has reviewed the case and determined there was sufficient evidence to discipline at a "B" Level for violation of MPD 5-102 Code of Ethics against Sgt. Wallace Krueger. Sgt. Wallace Krueger will receive twenty-four (24) hours of suspension time for his conduct in this matter. It was also determined there was sufficient evidence to discipline at a "D" Level for violation of MPD 5-102 Code of Ethics against Lt. Robert Kroll. Lt. Robert Kroll will receive one-hundred sixty (160) hours of suspension time for his conduct in this matter.

If you have any questions please feel free to contact me.

Sincerely,

Timothy Dolan
Chief of Police

*Asst. Chief W.J. Lubinski* (signature)

By: Assistant Chief Lubinski
Central Services Bureau

CC:   Honorable Mayor R. T. Rybak
      Minneapolis Police Federation
      IAU Case File
      Sgt. Wallace Krueger
      Lt. Robert Kroll

Call **311** Minneapolis
City Information and Services

www.ci.minneapolis.mn.us
Affirmative Action Employer

EXHIBIT
II