UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Jackson Mahaffy; Flora Mahaffy; Daniel
Nelson; and Paul Von Arx,

              Plaintiffs,            Case File No.: 08-4992 (JNE/SRN)

v.                           **STIPULATION FOR DISMISSAL
                                          WITH PREJUDICE**

Robert J. Kroll, Wallace M. Krueger,
Christopher J. Bennett, Aaron C. Hanson all
acting in their individual capacities as Minneapolis
Police Officers John Does Nos. 1-8, acting in their
individual capacities as Minneapolis Police Officers,
and the City of Minneapolis,

              Defendants.

---

Plaintiffs Jackson Mahaffy, Flora Mahaffy, Daniel Nelson and Paul Von Arx, through their attorneys James W. Delaplain and Daniel J. Brazil, and Defendants Robert J. Kroll and Wallace M. Krueger through their attorney Karin E. Peterson, hereby stipulate and dismiss with prejudice Defendants Robert J. Kroll and Wallace M. Krueger in their official and individual capacities from the case *Jackson Mahaffy, Flora Mahaffy, Daniel Nelson and Paul Von Arx v. Robert J. Kroll and Wallace M. Krueger et al.,* Court File No. 08-4992 (JRE/SRN) without costs, disbursements or attorney fees to either party.

*Signature page follows*

1

Date: 11/10/2010

*[signature]*
James W. Delaplain (#0267272)
2124 Dupont Avenue S.
Minneapolis, MN 55404
(612) 874-6109

Date: 11/10/2010

*[signature]*
Daniel J. Brazil (#29956X)
2124 Dupont Avenue S.
Minneapolis, MN 55404
(612) 874-6109

**ATTORNEYS FOR PLAINTIFFS**

Date: 11-11-2010

RICE, MICHELS & WALTER, LLP

*[signature]*
Karin E. Peterson (#185048)
Ann E. Walther (#21369X)
10 Second St. N.E., #206
Minneapolis, MN 55413
(612) 676-2300

**ATTORNEYS FOR DEFENDANTS
ROBERT J. KROLL AND
WALLACE M. KRUEGER**